UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL NO.  4:21-CR-16** |
| | § | |
| **E.I. DUPONT DE NEMOURS AND CO.** | § | |
| **& KENNETH J. SANDEL** | § | |

## ENTRY OF APPEARANCE AND AGREED MOTION TO APPEAR BY ZOOM AT JANUARY 19 INITIAL APPEARANCE

### 1. Entry of Appearance

The following counsel move to appear pro hac vice and to enter their appearance as counsel for E.I. DuPont de Nemours and Co. ("DuPont").

Nadira Clarke
nadira.clarke@bakerbotts.com
Steve Solow
steve.solow@bakerbotts.com
**BAKERBOTTS**
700 K Street, N.W.
Washington, D.C. 20001
202.639.7834 – Telephone
202.585.4072 – Fax

Lily N. Chinn
lily.chinn@bakerbotts.com
**BAKERBOTTS**
101 California Street Ste 3600
San Francisco, California 94111
415-291-6214 - Telephone
415-291-6314 - Fax

The following counsel also enter their appearance as counsel for DuPont:

David Gerger
dgerger@gkfirm.com
Ashlee McFarlane
amcfarlane@gkfirm.com
**GERGER KHALIL HENNESSY & McFARLANE, LLP**
1001 Fannin St. Suite 2450
Houston, Texas 77002
713.224.4400 – Telephone
713.224.5153 – Facsimile

## 2. Agreed Motion to Appear by Zoom on January 19

Federal Rule of Criminal Procedure 43(b)(1) allows a corporation such as DuPont to appear through counsel. DuPont moves the Court to proceed by Zoom on January 19, and to allow DuPont to appear through its counsel pursuant to Rule 43. The United States agrees.

We add that the individual co-defendant Sandel also received a summons and joins this motion to appear by zoom.

Respectfully submitted,

/s/ David Gerger
David Gerger
dgerger@gkfirm.com
Ashlee McFarlane
amcfarlane@gkfirm.com
**GERGER KHALIL HENNESSY & McFARLANE, LLP**
1001 Fannin St. Suite 2450
Houston, Texas 77002
713.224.4400 – Telephone
713.224.5153 – Facsimile

**ATTORNEYS FOR DEFENDANT
E.I. DUPONT DE NEMOURS AND CO.**

## **CERTIFICATE OF CONFERENCE AND SERVICE**

Assistant United States Attorney John Lewis agrees to this request.

This pleading was filed in the Court's electronic filing system. Motions to appear pro hac vice are attached and also being delivered to the Court. Counsel for Sandel joins this motion and are:

Miles Ehrlich (pro hac vice motion coming)
miles@ramsey-ehrlich.com
Amy Craig (pro hac vice motion coming)
amy@ramsey-ehlich.com
Ramsey Ehrlich LLP
803 Hearst Avenue
Berkeley, California 94710
510-548-3600 – Telephone
510-291-3060 – Facsimile

/s/ David Gerger
David Gerger