United States District Court
Southern District of Texas
**ENTERED**
March 18, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| | § | CRIMINAL NO. H-21-16 |
| V. | § § | |
| | § | |
| E.I. DU PONT DE NEMOURS AND CO. | § | |
| AND KENNETH J. SANDEL, | § § | |
| Defendant. | § § | |

## ORDER

On March 8, 2022, DuPont moved to dismiss counts 2 and 3 of the indictment. (Docket Entry No. 50). The following briefing schedule applies:

- the government's response to the motions is due May 9, 2022;
- DuPont's reply in support of the motions is due June 8, 2022;
- oral argument on the motions is set for June 27, 2022, at 10:00 a.m., by video. A zoom link will be sent separately.

SIGNED on March 18, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge